## Commonwealth ex rel. Brown, Appellant, v. Russell.

Submitted September 14, 1964. *Maxie Galloway Brown,* appellant, in propria persona; *Gordon Gelfond,* Assistant District Attorney, *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Burno, Appellant, v. Russell.

Submitted September 14, 1964. *Isaac W. Burno,* appellant, in propria persona; *Gordon Gelfond,* Assistant District Attorney, *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Campas, Appellant, v. Winans.

Submitted September 14, 1964. *George Campas,* appellant, in propria persona; *Pasco L. Schiavo,* Assistant District Attorney, *Robert J. Hourigan,* First Assistant District Attorney, and *Thomas E. Mack,* District Attorney, for appellee.

Order affirmed.